RALPH M. JONES v. W. A. WARNER

162 So. 927.

Opinion Filed June 20, 1935.

*J. J. Canon, C. S. Green* and *Hilburn & Merryday,* for Plaintiff in Error;

*Thomas B. Dowda,* for Defendant in Errro.

PER CURIAM.—The writ of error brings for review judgment in favor of the plaintiff in a suit in ejectment.

In short, the only question presented is, does the evidence support the judgment?

We think the evidence sufficient.

Judgment affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.